# Court of Appeals
# of the State of Georgia

ATLANTA,_ June 12, 2023_____

*The Court of Appeals hereby passes the following order:*

## A23A1498. MATHIS v. GEICO INDEMNITY COMPANY.

Appellant Derrick Mathis has moved pursuant to Court of Appeals Rule 41 (g) for permission to withdraw his appeal. Mathis's motion is hereby GRANTED and this appeal is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_06/12/2023_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*